John J. Lenihan, Respondent, v. Robert Ward, Appellant.

*Real property — specific performance — failure to establish defense that party wall is on adjoining land without authority.*

Appeal by the defendant from a judgment of the Supreme Court for the specific performance of a contract by him to purchase real estate of the plaintiff, entered in the office of the clerk of the county of Kings on the 11th day of October, 1906, upon a decision made by the Kings County Special Term.

Gaynor, J. : The contract of the plaintiff was to convey to the defendant a house "each line of it running through a party wall". Each side line does run through the center of a wall, but the claim of the defendant is that one of the walls, while apparently a party wall, and one-half on the adjoining land, was there without right. This was a defense for him to establish, but he gave no evidence on the subject. The judgment should be affirmed. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

---

Aaron J. Colnon, Appellant, v. Daniel Buckley and Others, Respondents.— Motions denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Walter T. Daniel, Appellant, v. Manhattan Life Insurance Company, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Edison Electric Illuminating Company of Brooklyn, Respondent, v. Franklin H. Kalbfleisch, Appellant.— Motions denied, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.